IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL MONROE,

    Plaintiff,

v.

BLUE, INC.,

    Defendant.

CIVIL ACTION NO.: 4:22-cv-001

**O R D E R**

Before the Court is a Joint Stipulation of Dismissal signed and filed by counsel for Plaintiff and counsel for Defendant on August 19, 2022, wherein the parties indicate they stipulate to the dismissal, with prejudice, of all claims asserted in this action, with each party to bear its own costs. (Doc. 30.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** any pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 22nd day of August, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA